ALBERT C. SAMMIS, AS EXECUTOR OF THE LAST WILL AND TESTAMENT OF MARY WILLIAMS, DECEASED, APPELLANT, VS. JAMES BENNETT, APPELLEE.

Appeal from Circuit Court Duval county.

*M. C. Jordan*, for Appellant.

*Walker & L'Engle*, for Appellee.

From an order of the Probate Court of Duval county revoking the probate of the will of Mary Williams, *alias* Mary Bennett, Albert C. Sammis, the executor named in said will, took an appeal to the Circuit Court of said county. There was decree affirming the order of revocation, and the executor appeals. The decree is affirmed.

Decision Per Curiam.